IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DORIS OBILOR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV276 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | ORDER |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on plaintiff's motion to proceed in forma pauperis, Filing No. 2. The court has reviewed plaintiff's application and finds the motion should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed in forma pauperis, Filing No. 2, is granted.

DATED this 3rd day of September, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge